| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 23-11870-AMC

Arcy E. Crute　　　　　　　　　　　　　　　　　　　　　Petition Filed Date: 06/26/2023
6332 Reedland St　　　　　　　　　　　　　　　　　　　341 Hearing Date: 08/18/2023
Philadelphia  PA    19142-2912　　　　　　　　　　　Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

**There were no receipts posted to this case for the time period selected**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES  »» 001 | Unsecured Creditors | $1,802.43 | $0.00 | $0.00 |
| 2 | AMERICREDIT FINANCIAL SERVICES  »» 002 | Unsecured Creditors | $7,545.35 | $0.00 | $0.00 |
| 3 | MERRICK BANK  »» 003 | Unsecured Creditors | $2,340.66 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC  »» 004 | Unsecured Creditors | $329.66 | $0.00 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)  »» 005 | Priority Crediors | $5,105.24 | $0.00 | $0.00 |
| 6 | QUANTUM3 GROUP LLC  »» 006 | Unsecured Creditors | $232.96 | $0.00 | $0.00 |
| 7 | WESTLAKE SERVICES LLC  »» 007 | Unsecured Creditors | $24,856.07 | $0.00 | $0.00 |
| 8 | PHILADELPHIA GAS WORKS  »» 008 | Unsecured Creditors | $9,160.73 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11870-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $694.24 | Current Monthly Payment: | $475.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($219.24) |
| Paid to Trustee: | $62.48 | Total Plan Base: | $28,500.00 |
| Funds on Hand: | $631.76 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.