UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 23-11870-amc

Arcy E. Crute  Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    AmeriCredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/  Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                         Bankr. Case No. 23-11870-amc

Arcy E. Crute                                                 Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on August 8, 2023 :

MICHAEL A. CIBIK
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

By /s/ Mandy Youngblood
      Mandy Youngblood

xxxxx48944 / 1075234