B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA

In re ARCY E CRUTE

Case No. 23-11870

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Quantum3 Group LLC as agent for Sadino Funding LLC | Quantum3 Group LLC as agent for BLST SMS LLC & BB Allium Borrowing Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788
Phone: (425) 242-7100

Court Claim # (if known): 14
Amount of Claim: 999.76
Date Claim Filed: 08/25/2023

Phone:

Last Four Digits of Acct #: 5070

Last Four Digits of Acct #: 5070

Name and Address where transferee payments should be sent (if different from above):
Quantum3 Group LLC
PO Box 2489
Kirkland, WA 98083-2489

Phone: (425) 242-7100
Last Four Digits of Acct #: 5070

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Adrianne Branca
Transferee/Transferee's Agent

Date: 11/15/2023

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.