UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Arcy E. Crute<br><br><br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 23-11870-AMC |

### TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1.    Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2.    The within case was commenced by the filing of a Chapter 13 petition on 06/26/2023.

3.    This Motion to Dismiss has been filed for the following reason(s):

- There has been unreasonable delay as defined by 11 U.S.C Section 1307(c)(1) by the above-captioned Debtor(s).

    WHEREFORE, Scott F. Waterman, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 12/07/2023                                                             Respectfully submitted,

                                                                                      */s/ Ann Swartz, Esq.*
                                                                                      Ann Swartz, Esq.
                                                                                      for
                                                                                      Scott F. Waterman, Esq.
                                                                                      Standing Chapter 13 Trusteee
                                                                                      2901 St. Lawrence Avenue, Suite 100
                                                                                      Reading, PA  19606
                                                                                      Telephone: (610) 779-1313