**Information to identify the case:**

Debtor 1: Arcy E. Crute

Debtor 2: 

United States Bankruptcy Court for the Eastern District of Pennsylvania

Case Number: 23-11870-amc    Chapter 13

☐ Check if this is an amended filing

# Debtor's Objection to Claim

The Debtor in this case objects to a claim filed in this bankruptcy case pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007, and L.B.R. 3007-1.

## Part 1: Information About the Claim

1. **Claim Number:** 5    (Attached as Exhibit A)
2. **Date Filed:** July 19, 2023
3. **Claimant:** Internal Revenue Service
4. **Purported Amount:**
   - $0.00 Secured
   - $5,015.24 Priority Unsecured
   - $0.00 Non-Priority Unsecured

## Part 2: Information About the Objection

5. **Reason:** (check all that apply)
   - ☐ Untimely
   - ☐ Insufficient supporting documents
   - ☒ Other (explained in more detail below)

6. **Grounds for Relief:** The Debtor believes the Court must sustain this objection, for the following reasons:

   > The bankruptcy code gives priority treatment to income taxes due 3 years before a case is filed (11 U.S.C. § 507(8)(A)(i)). The claim alleges a priority debt from for tax year 2016, which was more than three years before this case was filed on June 26, 2023.

7. **Relief Requested:** The Debtor requests that the Court enter an order treating the claim as follows:

   > The Debtor requests an order determining that the entire amount of the claim is non-priority unsecured.

## Part 3: Motion

The Debtor moves the Court to grant relief in the form of order attached, and further in its favor if necessary and proper under the law.

_/s/ Michael A. Cibik_
Signature of Attorney for Debtor

January 19, 2024
Date

Michael A. Cibik (#23110)
Printed Name and Attorney ID

Cibik Law, P.C.
Firm Name

1500 Walnut Street, Suite 900
Number   Street

215-735-1060
Phone

Philadelphia, PA 19102
City, State, Zip

mail@cibiklaw.com
Email