**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>　　Arcy E. Crute,<br><br>　　　　Debtor. | Case No. 23-11870-amc<br><br>Chapter 13 |

**Order on Debtor's Objection to Claim No. 5**
**by Claimant Internal Revenue Service**

**AND NOW**, after consideration of the Debtor's Objection to Claim No. 5 by Claimant Internal Revenue Service, and after notice and hearing, it is hereby ORDERED that:

1. The objection is **SUSTAINED**.

2. Claim No. 5 is **MODIFIED** to be a general unsecured debt in the amount of $5,015.24, with no priority or secured components.

Date: _____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge