| Information to identify the case: | |
|---|---|
| Debtor 1 | Arcy E. Crute |
| Debtor 2 | |
| United States Bankruptcy Court for the Eastern District of Pennsylvania | |
| Case Number  23-11870-amc | Chapter 13 |

☐ Check if this is an
amended filing

## Notice of Objection to Claim and Hearing Date

### Part 1:    Notice

The objector below has filed an objection to the proof of claim you filed in this bankruptcy case. **Your claim may be reduced, modified, or eliminated.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

**If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection.** If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection.

**If you intend to appear at the hearing** to contest the objection, **you must notify the objector's attorney at least 7 days before the hearing date.** If you do not notify the objector's attorney that you intend to appear, the objector will be entitled to a postponement of the hearing.

### Part 2:    Details About the Objection and Hearing

**Claim No.:**        5

**Claimant:**        Internal Revenue Service

**Judge:**        Ashely M. Chan (Courtroom #4)

**Hearing Date:**    March 6, 2024            **Time:**    11:00 a.m.

**Location:**    ☒ Robert N.C. Nix Sr. U.S. Courthouse        ☐ The Gateway Building        ☐ Phone
900 Market Street            201 Penn Street, 4th Floor    ☐ Zoom
Philadelphia, PA 19107        Reading, PA 19601

**Objector:**        Debtor

**Objector's Attorney:**    Michael A. Cibik        **Firm:**    Cibik Law, P.C.

1500 Walnut Street, Suite 900        **Phone:**    215-735-1060

Philadelphia, PA 19102        **Email:**    mail@cibiklaw.com

### Part 3:    How To Contact the Clerk

U.S. Bankruptcy Court
Clerk's Office, Philadelphia
900 Market Street, Suite 400
Philadelphia, PA 19107
215-408-2800
http://www.paeb.uscourts.gov

U.S. Bankruptcy Court
Clerk's Office, Reading
201 Penn Street, Suite 103
Reading, PA 19601
610-208-5040