# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11870-amc |
| Arcy E. Crute, | Chapter 13 |
| Debtor. | |

## Certificate of Service

I hereby certify that on this date a true and correct copy of the Debtor's Objection to Claim No. 5 by Claimant Internal Revenue Service was served on all parties listed below by first class mail or through the CM/ECF system, along with the notice, the proposed order, and all exhibits.

U.S. Trustee (CM/ECF)

Scott F. Waterman (CM/ECF)

I.R.S.
PO Box 7346
Philadelphia, PA 19101-7346

Hon. Jacqueline C. Romero
U.S. Attorney's Office (I.R.S.)
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

Hon. Merrick B. Garland
U.S. Department of Justice (I.R.S.)
950 Pennsylvania Avenue, NW
Washington, DC 20530

Date: January 19, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com