**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                              :Chapter 13
**Arcy E. Crute**

   (DEBTOR)                                        :Bankruptcy#23-11870-amc

**PRAECIPE**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

   Kindly withdraw the Debtor's Objection to IRS Claim, document #38 filed in the above-referenced case.


DATED: February 20, 2024          /s/ Michael A. Cibik
                                  Michael A. Cibik, Esquire
                                  Cibik Law, P.C.
                                  1500 Walnut Street, Suite 900
                                  Philadelphia, PA 19102
                                  (215) 735-1060