**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>    Arcy E. Crute,<br><br>              Debtor. | Case No. 23-11870-amc<br><br>Chapter 13 |

### Debtor's Limited Objection to Claim No. 5
### by Claimant Internal Revenue Service

**AND NOW**, Debtor Arcy E. Crute, by and through his attorney, objects to a proof of claim filed by a creditor in this case pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007, and L.B.R. 3007-1. In support of this objection, the Debtor states as follows:

1. Claimant Internal Revenue Service filed Claim No. 5 on July 19, 2023, in the amount of $5,015.24, all of which is entitled to priority status. See Exhibit A.

2. The Claim indicates that it is subject to a potential right of setoff in the amount of $4,523.00.

3. If the full setoff is applied, the net balance of the Claim would be $492.24.

4. The Debtor requests that the Trustee pay the net balance of the Claim in the amount of $492.24.

5. The Debtor further requests that the Court authorize the IRS to apply the setoff as outlined above.

**NOW, THEREFORE**, the Debtor requests that this Court sustain his objection in the form of order attached and grant such other relief in his favor as may be necessary and proper under the law.

Date: August 16, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com