# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Arcy E. Crute,<br><br>　　　　　Debtor. | Case No. 23-11870-amc<br><br>Chapter 13 |

### Certificate of Service

　　I hereby certify that on this date a true and correct copy of the Debtor's Limited Objection to Claim No. 5 by Claimant Internal Revenue Service was served on all parties listed below by first class mail or through the CM/ECF system, along with the notice, the proposed order, and all exhibits.

　　U.S. Trustee (CM/ECF)

　　Scott F. Waterman (CM/ECF)

　　I.R.S.
　　PO Box 7346
　　Philadelphia, PA 19101-7346

　　Hon. Jacqueline C. Romero
　　U.S. Attorney's Office (I.R.S.)
　　615 Chestnut Street, Suite 1250
　　Philadelphia, PA 19106

　　Hon. Merrick B. Garland
　　U.S. Department of Justice (I.R.S.)
　　950 Pennsylvania Avenue, NW
　　Washington, DC 20530

Date: August 16, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com