# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
## Philadelphia Division

| | |
|---|---|
| Arcy E. Crute,<br><br>*Debtor*. | Case No. 23-11870-AMC<br>Chapter 13 |

## Motion to Pay Trustee

Debtor Arcy E. Crute, through his attorney, moves this Court to enter a wage order in the form of order attached.

Date: August 16, 2024

CIBIK LAW, P.C.
*Attorney for Debtor*

By: /s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    help@cibiklaw.com

## Certificate of Service

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: August 16, 2024      /s/ Michael A. Cibik
    Michael A. Cibik