**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Arcy E. Crute, *Debtor*. | Case No. 23-11870-AMC<br>Chapter 13 |

**Order Requiring Trustees of University of Pennsylvania**
**to Pay Chapter 13 Trustee from Arcy E. Crute's Wages**

Upon request of the Debtor, it is **ORDERED** by the U.S. Bankruptcy Court for the Eastern District of Pennsylvania that **TRUSTEES OF UNIVERSITY OF PENNSYLVANIA** must pay chapter 13 trustee **SCOTT F. WATERMAN** in the amount of **$373.00** from each regular paycheck of **ARCY E. CRUTE** beginning with the next paycheck and lasting until June 26, 2028, or further order of the Court.

Payments must be mailed to Scott F. Waterman, Chapter 13 Trustee, PO Box 680, Memphis, TN 38101-0680. The bankruptcy case number (23-11870) must be written or typed on each payment.

This order replaces the pay order dated June 30, 2023.

Date: Aug. 26, 2024

Ashely M. Chan
Chief U.S. Bankruptcy Judge

CC:  Trustees of University of Pennsylvania
3451 Walnut Street, Room 310
Philadelphia, PA 19104-6205