| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-11870-AMC**

Arcy E. Crute  
6332 Reedland St  
Philadelphia  PA    19142-2912

Petition Filed Date: 06/26/2023  
341 Hearing Date: 08/18/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2023 | $475.00 |  | 08/08/2023 | $219.24 | 3691738 | 09/19/2023 | $438.48 | 3691913 |
| 10/11/2023 | $548.10 | 3692028 | 11/14/2023 | $438.48 | 3692254 | 12/12/2023 | $438.48 | 3692385 |
| 01/09/2024 | $548.10 | 3692495 | 02/08/2024 | $438.48 | 3692651 | 03/12/2024 | $438.48 | 3692946 |
| 04/10/2024 | $548.10 | 3693137 | 05/09/2024 | $438.48 | 3693338 | 06/13/2024 | $548.10 | 3693738 |
| 07/12/2024 | $438.48 | 3693914 | | | | | | |

**Total Receipts for the Period:  $5,956.00     Amount Refunded to Debtor Since Filing:  $0.00     Total Receipts Since Filing:  $6,394.48**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES<br>»»  001 | Unsecured Creditors | $1,802.43 | $0.00 | $0.00 |
| 2 | AMERICREDIT FINANCIAL SERVICES<br>»»  002 | Unsecured Creditors | $7,545.35 | $0.00 | $0.00 |
| 3 | MERRICK BANK<br>»»  003 | Unsecured Creditors | $2,340.66 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»»  004 | Unsecured Creditors | $329.66 | $0.00 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»»  005 | Priority Crediors | $5,105.24 | $0.00 | $0.00 |
| 6 | QUANTUM3 GROUP LLC<br>»»  006 | Unsecured Creditors | $232.96 | $0.00 | $0.00 |
| 7 | WESTLAKE SERVICES LLC<br>»»  007 | Unsecured Creditors | $24,856.07 | $0.00 | $0.00 |
| 8 | PHILADELPHIA GAS WORKS<br>»»  008 | Unsecured Creditors | $9,160.73 | $0.00 | $0.00 |
| 9 | PA HOUSING FINANCE AGENCY<br>»»  009 | Mortgage Arrears | $28,455.60 | $0.00 | $0.00 |
| 10 | CAPITAL ONE BANK (USA) NA<br>»»  010 | Unsecured Creditors | $1,024.93 | $0.00 | $0.00 |
| 11 | CAPITAL ONE BANK (USA) NA<br>»»  011 | Unsecured Creditors | $1,488.81 | $0.00 | $0.00 |
| 12 | CAPITAL ONE BANK (USA) NA<br>»»  012 | Unsecured Creditors | $2,003.86 | $0.00 | $0.00 |
| 13 | QUANTUM3 GROUP LLC<br>»»  013 | Unsecured Creditors | $1,030.33 | $0.00 | $0.00 |
| 14 | QUANTUM3 GROUP LLC<br>»»  014 | Unsecured Creditors | $999.76 | $0.00 | $0.00 |

| 15 | LVNV FUNDING LLC »» 015 | Unsecured Creditors | $1,960.12 | $0.00 | $0.00 |
|----|---|---|---|---|---|
| 16 | LVNV FUNDING LLC »» 016 | Unsecured Creditors | $899.60 | $0.00 | $0.00 |
| 17 | CITIBANK NA »» 017 | Unsecured Creditors | $535.12 | $0.00 | $0.00 |
| 18 | ASHLEY FUNDING SVCS LLC »» 018 | Unsecured Creditors | $18.00 | $0.00 | $0.00 |
| 19 | ASHLEY FUNDING SVCS LLC »» 019 | Unsecured Creditors | $7.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $588.68 | $0.00 | $0.00 |
| 21 | CITY OF PHILADELPHIA (LD) »» 021 | Secured Creditors | $1,499.94 | $0.00 | $0.00 |
| 22 | CAPITAL ONE BANK (USA) NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | CONTINENTAL FINANCE COMPANY, LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | FIRST PREMIER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | FORTIVA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | MISSION LANE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | SUNRISES CREDIT SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,394.48 | Current Monthly Payment: | $425.41 |
| Paid to Claims: | $0.00 | Arrearages: | ($438.48) |
| Paid to Trustee: | $628.13 | Total Plan Base: | $43,216.00 |
| Funds on Hand: | $5,766.35 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.