## United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

      Arcy E. Crute,

           Debtor.

Case No. 23-11870-AMC

Chapter 13

### Praecipe to Withdraw Document

To the Clerk of Court:

    Please withdraw the Debtor's Objection to Claim Number 5, which was filed with the Court on August 16, 2024, as ECF No. 58. Thank you.

Date: September 25, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: */s/ Michael A. Cibik*
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    mail@cibiklaw.com