**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:

    Arcy E. Crute,

        Debtor.

Case No. 23-11870-amc

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Fourth Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Scott F. Waterman (CM/ECF)

Pennsylvania Housing Finance Agency (CM/ECF)

Westlake Services LLC
Resurgent Capital Services
PO Box 3427
Greenville, SC 29602

Water Revenue Bureau

c/o City of Philadelphia Law Department
1401 John F. Kennedy Blvd., 5th Floor
Tax & Revenue MSB Unit Bankruptcy Group,
Philadelphia, PA 19102-1595

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Date: October 21, 2024

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com