United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11870-amc |
| Arcy E. Crute | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 24, 2024 | Form ID: 155 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Arcy E. Crute, 6332 Reedland St, Philadelphia, PA 19142-2912 |
| 14793259 | + | Capital Bank N.A., 2275 Research Blvd. Ste 600, Rockville, MD 20850-6238 |
| 14793268 | | Fairless Motors, 435 Lincoln Hwy, Fairless Hls, PA 19030-1315 |
| 14793281 | + | Peoples Com, 1001 West Ridge Pike Rear, Conshohocken, PA 19428-1015 |
| 14793282 | + | Phila Inq Cu, 800 River Rd, Conshohocken, PA 19428-2632 |
| 14793283 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14793290 | + | Univ Of Penn, 3900 Chestnut St, Philadelphia, PA 19104-3120 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14808596 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 24 2024 23:40:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14793258 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 24 2024 23:40:00 | Ally Financial, Inc, Attn: Bankruptcy 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14796057 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 24 2024 23:40:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14810500 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2024 00:05:08 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14793262 | | Email/Text: megan.harper@phila.gov | Oct 24 2024 23:41:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14815342 | | Email/Text: megan.harper@phila.gov | Oct 24 2024 23:41:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14793265 | | Email/Text: cfcbackoffice@contfinco.com | Oct 24 2024 23:40:00 | Continental Finance Co, Attn: Bankruptcy Attn: Bankruptcy, 4550 Linden Hill Rd , Ste 4, Wilmington, DE 19808-2952 |
| 14793266 | | Email/Text: cfcbackoffice@contfinco.com | Oct 24 2024 23:40:00 | Continental Finance Company, Attn: Bankruptcy, PO Box 8099, Newark, DE 19714-8099 |
| 14793260 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2024 00:05:28 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14794843 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 25 2024 00:04:42 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14805917 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 25 2024 00:04:16 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 23-11870-amc Doc 77 Filed 10/26/24 Entered 10/27/24 00:33:01 Desc Imaged
Certificate of Notice Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 24, 2024 | Form ID: 155 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| 14793261 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2024 00:04:45 | Citibank North America, Citibank SD MC 425 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14810244 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2024 00:04:19 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14793263 | | Email/Text: bankruptcy@philapark.org | Oct 24 2024 23:41:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14793264 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 24 2024 23:40:00 | Comenity/Burlington, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14793267 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 25 2024 00:05:07 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14793269 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 24 2024 23:41:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14793270 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 24 2024 23:41:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14793271 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 25 2024 00:04:16 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14793272 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 24 2024 23:40:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14793273 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 24 2024 23:41:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14793274 | + | Email/Text: bankruptcy@sccompanies.com | Oct 24 2024 23:41:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, PO Box 2825, Monroe, WI 53566-8025 |
| 14793275 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 24 2024 23:40:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14796728 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2024 00:04:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14796454 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 25 2024 00:04:41 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14793276 | | Email/Text: ml-ebn@missionlane.com | Oct 24 2024 23:40:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14805718 | ^ | MEBN | Oct 24 2024 23:37:27 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14793277 | | Email/Text: fesbank@attorneygeneral.gov | Oct 24 2024 23:40:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14805844 | + | Email/Text: blegal@phfa.org | Oct 24 2024 23:40:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14812182 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2024 00:04:41 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14793278 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 24 2024 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14793279 | | Email/Text: blegal@phfa.org | Oct 24 2024 23:40:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14793280 | ^ | MEBN | Oct 24 2024 23:37:47 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14803795 | ^ | MEBN | Oct 24 2024 23:37:36 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia PA 19122-2898 |
| 14793284 | | Email/Text: bankruptcy@philapark.org | Oct 24 2024 23:41:00 | Philadelphia Parking Authority, Bankruptcy |

Case 23-11870-amc   Doc 77   Filed 10/26/24   Entered 10/27/24 00:33:01   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 24, 2024 | Form ID: 155 | Total Noticed: 53 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14831759 | | Email/Text: bnc-quantum@quantum3group.com | Oct 24 2024 23:40:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14809954 | | Email/Text: bnc-quantum@quantum3group.com | Oct 24 2024 23:40:00 | Quantum3 Group LLC as agent for, BLST SMS LLC & BB Allium Borrowing Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 14809953 | | Email/Text: bnc-quantum@quantum3group.com | Oct 24 2024 23:40:00 | Quantum3 Group LLC as agent for, BLST Marketing Sales & Receivables LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14800091 | | Email/Text: bnc-quantum@quantum3group.com | Oct 24 2024 23:40:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14793285 | + | Email/Text: bankruptcy@sccompanies.com | Oct 24 2024 23:41:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy 1112 7th Ave, Monroe, WI 53566-1364 |
| 14793286 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Oct 24 2024 23:40:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 14793287 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 25 2024 00:04:15 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14793288 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 24 2024 23:41:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14793289 | ^ | MEBN | Oct 24 2024 23:37:20 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14793291 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2024 00:04:16 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14801166 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2024 00:04:44 | Westlake Services LLC c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14831764 | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 26, 2024   Signature:   /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 24, 2024 | Form ID: 155 | Total Noticed: 53 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|

**DENISE ELIZABETH CARLON**
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

**LEON P. HALLER**
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
    dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

**MICHAEL A. CIBIK**
    on behalf of Debtor Arcy E. Crute help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

**SCOTT F. WATERMAN [Chapter 13]**
    ECFMail@ReadingCh13.com

**United States Trustee**
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Arcy E. Crute | ) | Case No. 23−11870−amc |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 23, 2024

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court