**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>   Arcy E. Crute,<br><br>            Debtor. | Case No. 23-11870-amc<br><br>Chapter 13 |

## Motion to Modify Plan After Confirmation

Debtor Arcy E. Crute, through his attorney, moves this Court as follows:

1. The Debtor filed a bankruptcy petition on June 26, 2023. The plan was confirmed on October 24, 2024.

2. The Trustee recently filed a motion to dismiss this case for failure to make plan payments.

3. The Debtor wants to amend his plan to resolve the dismissal motion.

4. The proposed plan cures the arrearage that gave rise to the dismissal motion by increasing the Debtor's monthly plan payments moving forward.

5. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 82 as the new confirmed plan.

6. The Debtor has filed a supplement to Schedule J as evidence of the Debtor's ability to fund the new plan.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: November 26, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com