# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>    Arcy E. Crute,<br><br>            Debtor. | Case No. 23-11870-amc<br><br>Chapter 13 |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 83, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 82) is **APPROVED**.

**Date:**

    Honorable Ashely M. Chan
    Chief U.S. Bankruptcy Judge