## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

Arcy E. Crute,

*Debtor*.

Case No. 23-11870-AMC
Chapter 13
SSN: XXX-XX-1216

### Order Requiring Trustees of University of Pennsylvania to Pay Chapter 13 Trustee from Arcy E. Crute's Wages

Upon request of the Debtor, it is **ORDERED** by the U.S. Bankruptcy Court for the Eastern District of Pennsylvania that **TRUSTEES OF UNIVERSITY OF PENNSYLVANIA** must pay chapter 13 trustee **SCOTT F. WATERMAN** in the amount of **$902.00 monthly** from each regular monthly paycheck of **ARCY E. CRUTE** beginning with the next paycheck and lasting until June 30, 2028, or further order of the Court.

Payments must be mailed to Scott F. Waterman, Chapter 13 Trustee, PO Box 680, Memphis, TN 38101-0680. The bankruptcy case number (23-11870) must be written or typed on each payment.

This order replaces the pay order dated August 26, 2024.

Date: _____

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge

CC:    Trustees of University of Pennsylvania
       3451 Walnut Street, Room 310
       Philadelphia, PA 19104-6205