| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 23-11870-AMC

| | |
|---|---|
| Arcy E. Crute | Petition Filed Date: 06/26/2023 |
| 6332 Reedland St | 341 Hearing Date: 08/18/2023 |
| Philadelphia  PA    19142-2912 | Confirmation Date: 10/23/2024 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2024 | $438.48 | 3694133 | 09/10/2024 | $548.10 | 3694280 | 10/08/2024 | $438.48 | 3694474 |
| 11/13/2024 | $438.48 | 3694690 | 12/26/2024 | $548.10 | 3694853 | 01/21/2025 | $438.48 | 3694932 |
| 03/04/2025 | $548.10 | 3695081 | 03/25/2025 | $438.48 | 3695231 | 04/08/2025 | $438.48 | 3695480 |
| 05/19/2025 | $438.48 | 3695717 | 06/10/2025 | $548.10 | 3695880 | 07/15/2025 | $438.48 | 3696037 |

**Total Receipts for the Period: $5,700.24   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $12,094.72**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $3,125.00 | $3,125.00 | $0.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES »» 001 | Unsecured Creditors | $1,802.43 | $0.00 | $1,802.43 |
| 2 | AMERICREDIT FINANCIAL SERVICES »» 002 | Unsecured Creditors | $7,545.35 | $0.00 | $7,545.35 |
| 3 | MERRICK BANK »» 003 | Unsecured Creditors | $2,340.66 | $0.00 | $2,340.66 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $329.66 | $0.00 | $329.66 |
| 5 | UNITED STATES TREASURY (IRS) »» 005 | Priority Crediors | $492.24 | $492.24 | $0.00 |
| 6 | QUANTUM3 GROUP LLC »» 006 | Unsecured Creditors | $232.96 | $0.00 | $232.96 |
| 7 | WESTLAKE SERVICES LLC »» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PHILADELPHIA GAS WORKS »» 008 | Unsecured Creditors | $9,160.73 | $0.00 | $9,160.73 |
| 9 | PA HOUSING FINANCE AGENCY »» 009 | Mortgage Arrears | $28,455.60 | $6,646.69 | $21,808.91 |
| 10 | CAPITAL ONE BANK (USA) NA »» 010 | Unsecured Creditors | $1,024.93 | $0.00 | $1,024.93 |
| 11 | CAPITAL ONE BANK (USA) NA »» 011 | Unsecured Creditors | $1,488.81 | $0.00 | $1,488.81 |
| 12 | CAPITAL ONE BANK (USA) NA »» 012 | Unsecured Creditors | $2,003.86 | $0.00 | $2,003.86 |
| 13 | QUANTUM3 GROUP LLC »» 013 | Unsecured Creditors | $1,030.66 | $0.00 | $1,030.66 |
| 14 | QUANTUM3 GROUP LLC »» 014 | Unsecured Creditors | $999.76 | $0.00 | $999.76 |

| #  | Creditor | Type | Claim | Paid | Balance |
|----|----------|------|-------|------|---------|
| 15 | LVNV FUNDING LLC »» 015 | Unsecured Creditors | $1,960.12 | $0.00 | $1,960.12 |
| 16 | LVNV FUNDING LLC »» 016 | Unsecured Creditors | $899.60 | $0.00 | $899.60 |
| 17 | CITIBANK NA »» 017 | Unsecured Creditors | $535.12 | $0.00 | $535.12 |
| 18 | ASHLEY FUNDING SVCS LLC »» 018 | Unsecured Creditors | $18.00 | $0.00 | $18.00 |
| 19 | ASHLEY FUNDING SVCS LLC »» 019 | Unsecured Creditors | $7.00 | $0.00 | $7.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $588.68 | $0.00 | $588.68 |
| 21 | CITY OF PHILADELPHIA (LD) »» 021 | Secured Creditors | $1,499.94 | $350.36 | $1,149.58 |
| 22 | FAIRLESS MOTORS | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | FAIRLESS MOTORS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | CAPITAL BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | CONTINENTAL FINANCE COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | FIRST PREMIER BANK | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | FORTIVA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | MISSION LANE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | SUNRISE CREDIT SERVICES INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,094.72 | Current Monthly Payment: | $810.00 |
| Paid to Claims: | $10,614.29 | Arrearages: | $3,581.28 |
| Paid to Trustee: | $1,066.07 | Total Plan Base: | $43,216.00 |
| Funds on Hand: | $414.36 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.