**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:

    Arcy E. Crute,

        Debtor.

Case No. 23-11870-amc

Chapter 13

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 83, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and
2) The Modified Plan (doc. # 82) is **APPROVED**.

**Date:** Sept. 4, 2025

                                Honorable Ashely M. Chan
                                Chief U.S. Bankruptcy Judge