UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter 13

        Arcy E. Crute
                                                    Bankruptcy No. 23-11870-AMC


                        Debtor

TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of
Pennsylvania:

1.      Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee
in the above-captioned case.

2.      The within case was commenced by the filing of a Chapter 13 petition on 06/26/2023.

3.      This Motion to Dismiss has been filed for the following reason(s):

   •    The Debtor(s) has/have failed to commence or continue making timely payments to
        the Trustee as required by 11 U.S.C. Section 1326.

        WHEREFORE, Scott F. Waterman, Esq., Standing Chapter 13 Trustee, requests that the
Court, after a hearing, enter an Order dismissing this case.

Date: 04/13/2026                            Respectfully submitted,

                                            */s/ Ann Swartz, Esq.*
                                            Ann Swartz, Esq.
                                            for
                                            Scott F. Waterman, Esq.
                                            Standing Chapter 13 Trustee
                                            2901 St. Lawrence Avenue, Suite 100
                                            Reading, PA  19606
                                            Telephone: (610) 779-1313