UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13

    Arcy E. Crute

    Bankruptcy No. 23-11870-AMC

    Debtor

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 13th day of April, 2026 by first class mail upon those listed below:

Arcy E. Crute
6332 Reedland St
Philadelphia, PA  19142-2912

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC


Office of the United States Trustee


                                        */s/ Kristen Gliem*
                                        _____
                                        Kristen Gliem
                                        for
                                        Scott F. Waterman, Esq.
                                        Standing Chapter 13 Trustee