### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Arcy E. Crute,<br><br>*Debtor*. | Case No. 23-11870-AMC<br>Chapter 13<br>SSN: XXX-XX-1216 |

### ORDER DIRECTING EMPLOYER
### TO MAKE WAGE DEDUCTION

Upon motion of Arcy E. Crute, it is hereby **ORDERED** that:

1.   Debtor's employer, the University of Pennsylvania ("the employer") shall pay **$241.55** directly from **each of his regular weekly paychecks**, to the Chapter 13 Trustee at the following address:

> Scott F. Waterman, Chapter 13 Trustee
> P.O. Box 680
> Memphis, TN 38101

2.   The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3.   This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4.   This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date:  April 30, 2026

_____
Honorable Ashely M. Chan
Chief Judge, U.S. Bankruptcy Court

CC:
Attn: Payroll Department
3451 Walnut Street, 6th Floor
Philadelphia, PA 19104