A 0438 103

MERIDIAN LOAN

COMMONWEALTH OF PENNSYLVANIA, )
)
LEHIGH COUNTY. )

## ASSIGNMENT OF MORTGAGE

PLEASE RECORD AND RETURN TO
NATIONAL ABSTRACT AGENCY. INC
1500 WALNUT STREET
SUITE 507
PHU., PA, 19102
ATIN:^ *HMFS J. NORTON*
*NTTA 4880*

For value received, the undersigned Meridian Bank does hereby grant, bargain, sell, convey, assign and deliver unto the Corestates Bank, N.A., as Trustee (hereinafter called Trustee), under a certain Trust Indenture dated as of April 1, 1982, with Pennsylvania Housing Finance Agency, that certain Mortgage executed by Arcy Crute to the undersigned, which Mortgage Is recorded In the office of the Recorder of Deeds of Philadelphia County, Pennsylvania, in Book, Volume/^ _1659_, and Page _592_, together with the debt thereby secured and the note therein described and all right, title and Interest of the undersigned In and to the land and property conveyed by said Mortgage.

To have and to hold unto th© Trustee, Its successors and assigns forever,

In witness whereof, the undersigned has caused this instrument to be executed in its name by its duly authorized officer, on the 23rd day of June, 1995

ATTEST:

By: _____
Christina L. Melpsky
Title: Assistant Secretary

MERIDIAN BANK

By: _____
ClaQ^a J. Merkle
Title: Assistant Vice President

COMMONWEALTH OF PENNSYLVANIA, )
)
LEHIGH COUNTY. )

I, the undersigned, a Notary Public in and for said County in said Commonwealth, hereby certify that Claudia J. Merkle whose name as Assistant Vice President of Meridian Bank, is signed to the foregoingi instrument, and who is known to me, acknowledged before me ori this day that, being informed of the contents of said instrument, (s)he, as such officer and full authority, executed the same voluntary for and as the act of said Meridian Bank.

Given under my hand and official seal this 23rd day of June, 1995.

Notarial Seal
Tanya S. Kramer, Notary Public
Upper Macungie Twp., Lehigh County
My Commission Expires April 19, 1999

_____
Notary Public

*APPRESS OF ASSIGNEE*
*c/o MERIDIAN BANK*
*35 N. 6TH ST.*
*READING PA 19601*

000377

-95 THU 15:05 C-21 FRANK DEISHER, INC. P.01

First American Title Insurance Company

ft.0U3B W

Commitment N

## SCHEDULE "C"

ALL THAT CERTAIN lot or piece of ground with the buildings and Improvements thereon erected,

SITUATE on the Southeast side of Reedland Street at the distance of Two hundred forty feet Southwest from the Southwest side of Sixty-third Street, in the Fortieth Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Reedland Street Fifteen feet and extending of that width in length or depth Southeastward between parallel lines at right angles to said Reedland Street Sixty-five feet to a certain Three feet Four Inches wide alley extending from Sixty-third Street to Sixty-fourth Street.

BEING 6332 Reedland Street.

BEING THE SAME PREMISES WHICH JAMES JOSEPH MCKINNEY JR. f ELIZABETH A MCKINNEY BY DEED BEARING DATE THE 26TH DAY OF JUNE 1995 AND RECORDED IN THE OFFICE OF THE RECORDER OF DEEDS IN AND FOR PHILADELPHIA COUNTY, COMMONWEALTH OF PENNSYLVANIA DID GRANT AND CONVEY UNTO ARCY CRUTE IN FEE.

TOGETHER with the free and 'common use, right, liberty and privilege of the aforesaid alley ae and for a passageway and watercourse at all times hereafter forever.

ST. CODE/HOUSE NO.:

CITY REGISTRY:

PKM/MET

Å 0125 532

## ACKNOWLEDGMENT

**ATTEST:**

**BY:**  
THERESA ECKER, SENIOR VICE PRESIDENT

**COMMONWEALTH OF PENNSYLVANIA**
**COUNTYOF:**

On 29th day of April, 1997, before me, the subscriber, a Notary Public personally appeared Theresa Ecker, whose title is Senior Vice President of CORESTATES MORTGAGE SERVICES CORPORATION, a Pennsylvania corporation, and that she as such officer, being authorized to do so by the virtue of authority granted by said corporation's Board of Directors, executed the foregoing instrument on said Corporation's behalf.

Given under my hand and official seal this 29th day of April, 1997.

Notary Public

Notarial Seal
Lee M. Fazio, Notary Public
Perkasie Boro, Bucks County
My Commission Expires Feb. 26, 2001

Member Pennsytania Awocferttoo of W'* ľ*r

RECORD & RETURN TO
SECURITY SEARCH AND ABSTRACT CO INS
926 PINE STREET
PHILADELPHIA, PA 19107

## City of Philadelphia Department of Records

### RECORDING INFORMATION SUMMARY (RIS)

| | |
|---|---|
| The information provided by you will be relied upon by the Department of Records for examination and indexing purposes. If there is any conflict between the RIS and the attached document, the information on the RIS shall prevail for examination and indexing purposes. | RETURN DOCUMENT TO:<br>Name: *John F. Gory*<br>Address: Pennsylvania Housing Finance Agency<br>2101 North Front Street, P.O. Box 8029<br>Harrisburg, PA 17105-8029<br>Telephone: (717) 780-3845 |

**1. Type of Document:**

| Deed | Mortgage | Lease/Mcmorandum of Lease |
|---|---|---|
| Sheriff's Deed | Release of Mortgage | Assignment of Lease & Rent |
| Deed of Condemnation | **EI** Assignment of Mortgage | Easement |
| Pl Other Deed | Satisfaction of Mortgage | Other _____ |
| | | (specify) |

**2. Date of Document**

2 / 16 / 2001
month     day     year

**3. Grantor / Mortgagor / Assignor / Lessor / Other:**
*(Last Name, First Name, Middle Initial)*
Additional names on Continuation Page of RJS

(a.) **First Union. National Bank (As Successor Trustee)**

(b.)

**4. Grantee / Mortgagee / Assignee / Lessee / Other:**
*(Last Name, First Name, Middle Initial)*
L] Additional names on Continuation Page of RJS

(a.) _____

(b.) PENNSYLVANIA HOUSING FINANCE AGENCY

**5. Property Address:**

(a) House No. *N* Street Name: 6332 REEDLAND STREET

Condo Name (if applicable): _____ Unit #    Philadelphia, PA Zip Code: 19142

BRT Account # (optional): _____ Parcel Identification Number (PIN) (optional)

Additional names on Continuation Page of RIS

**6. Grantee's mailing Address (Deed Only):**

(If Grantee is at a different address than the Property Address listed in Section 5, complete this section.)

Grant ee o r Designee N a me:

House No. & Street Name: _____

City:                State:            Zip Code:

**7. Recording Information to be Referenced. Mortgage to be released / satisfied / assigned / modified:**

(a.) Name of Original Mortgagee:     MERIDIAN BANK    Recorder's Index Information

Recording Date of Original Mortgage:    7 / 14 / 1995     of Original Mortgage:
month    day    year

VCS     MI 659/592

Additional names on Continuation Page of RIS          Initials, Book and Page or Doc. ID #

**8 Optional Information**          d Consolidation          Subdivision

Stephanie B. Gardner
'OR Name

PHFA (717) 780-3907
'OR Telephone Number

*Stephanie Gardner*
'OR Signature

^^^^^^^^^^^^^^^50230224          Pg: 1 of 3
W 3'23 ?*k'- J/ ▓▓ , D' .03AM

This Document  Recorded          Doc Id:   50230224
03/23/2001                       Receipt      #02453
09:03AH                          Rec Fee   43.50
Doo Code: A    Commissioner of Records. City of Philadelphia

82-337

## ASSIGNMENT OF MORTGAGE

For value received, FIRST UNION NATIONAL BANK (Successor Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982, as amended), does hereby grant, sell, convey, assign and deliver unto the PENNSYLVANIA HOUSING FINANCE AGENCY (PHFA), (a public corporation and government instrumentality created and existing pursuant to the Housing Finance Agency Law) its successors and assigns, the following described Mortgage, together with the Note secured thereby:

Name of Original Mortgagor(s): **ARCY CRUTE**

Secured by the real property located at: 6332 REEDLAND STREET, PHILADELPHIA, PA 19142

Original Principal Amount: $34,202.00 County Recorded in: PHILADELPHIA Commissioner's Initials: VCS

Original Mortgagee: MERIDIAN BANK

| | | | |
|---|---|---|---|
| Mortgage Recorded: | July 14, 1995 | Record Book: M1659 | Page: 592 |
| Assigned to Corestates Bank, N.A. (formerly Philadelphia National Bank) Assignment Recorded: | July 14,1995 | Record Book: A 43 8 | Page: 103 |
| Assigned to Corestates Bank, N.A. (formerly Philadelphia National Bank) Assignment Re-recorded: | June 26, 1997 | Record Book: A125 | Page: 530 |

First Union National Bank is successor by merger of CoreStates Bank, N.A., and is Successor Trustee to Mellon Bank, N.A. for PHFA.

IN WITNESS WHEREOF, the said First Union National Bank, Successor Trustee as aforesaid, has caused this Assignment of Mortgage to be executed by its duly authorized Attorney-in-Fact appointed by a Limited Power of Attorney dated July 20,1998, Recorded in Record Book 579 Page 220.

DATED: FEBRUARY 16,2001         FIRST UNION NATIONAL BANK (Successor Trustee for
the Pennsylvania Housing Finance Agency as aforesaid)

Series: 044

**By:** PENNSYLVANIA HOUSING FINANCE AGENCY
**Attor**ney-in-Fact

ReBecca L. Peace, Chief Counsel

COMMONWEALTH OF PENNSYLVANIA         :
COUNTY OF DAUPHIN         :

On this, the _Z day of_ March, 2001, before me, the undersigned officer, personally appeared Rebecca L. Peace, Chief Counsel, an authorized officer of the Pennsylvania Housing Finance Agency, and acknowledged that she, being authorized to do so, executed the foregoing instrument for the purposes therein contained.

In witness whereof, I have hereunto set my hand and official seal.

Notary Public

Notarial Seal
Stephen Gardner, Notary Public
Harrisburg, ... ... ... ...
My Commission Expires ... 8, 2003
... Notaries

<u>CERTIFICATE OF RESIDENCE OF ASSIGNEE*</u>

I certify that the principal business and mailing address for this assignment and assignee is:
PHFA - Single Family Programs Division,
2101 North Front Street, Harrisburg, PA 17110

AuthorizeJ'Officer

5023Q224
Page- 2 of 3
63/23/2081 0963R

Page 2 of 3

*First / qpcan Title Insurance* Company

Commitment No. ████

## SCHEDULE "C"

AL T. **THAT CERTAIN** lot or piece of ground with the buildings and Improvements thereon erected,

**SITUATE** on the Southeast side of Reedland Street at the distance of Two hundred forty feet Southwest from the Southwest side of Sixty-third Street, in the Fortieth Ward of the City of Philadelphia.

**CONTAINING** in front or breadth on the said Reedland Street Fifteen feet and extending of that width in length or depth Southeastward between parallel lines at right angles to said Reedland Street Sixty-five feet to a certain Three feet Four inches wide alley extending from Sixty-third Street to Sixty-fourth Street.

**BEING 6332 Reedland Street.**

BEING THE SAME PREMISES WHICH JAMES JOSEPH MCKINNEY JR.,
ELIZABETH A MCKINNEY BY DEED BEARING DATE THE 26TH DAY OF JUNE
1995 AND RECORDED IN THE OFFICE OF THE RECORDER OF DEEDS IN AND
FOR PHILADELPHIA COUNTY, COMMONWEALTH OF PENNSYLVANIA DID GRANT AND CONVEY
UNTO ARCY CRUTE IN FEE.

**TOGETHER** with the free aud common use, right, liberty and privilege of the aforesaid alley as and for a passageway and watercourse at all times hereafter forever.

ST. CODE/HOUSE NO. ████

CITY REGISTRY ████

*Arcy Crute*

PRINTET

50230224
Page: 3 of 3
93/23/2001 99:63A

eRecorded in Philadelphia PA Doc Id: 53069571
06/13/2016 12:28 PM Page 1 of 2 Rec Fee: $220.00
Receipt#: 16-55982
Records Department Doc Code: A

Prepared by & Return to:

U.S. Bank National Association

c/o PHFA-Loan Servicing Division

211 North Front Street, P.O. Box 15057

Harrisburg, Pennsylvania 17105-5057

717-780-3800 or 1-800-346-3597

**PIN / ID Number:**

*Above space is intentionally left blank for recording data.*

## ASSIGNMENT OF MORTGAGE

For value received, **PENNSYLVANIA HOUSING FINANCE AGENCY ('TUFA"),** hereby grant, sell, convey, assign and deliver unto the **U.S. BANK NATIONAL ASSOCIATION,** (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982), its successors and assigns, the following described Mortgage, together with the Note secured thereby

Name of Original Morigagor(s):        ARCY CRUl E
Secured by the real property located at: 6332 REEDLAND STREET, PHILADELPHIA, PA 19142
Municipality of: PHILADELPHIA
Original Mortgagee: MERIDIAN BANK
Original Principal Amount: $34,202.00                    County Recorded in: PHILADELPHIA
Mortgage Recorded: July 14, 1995                        Book Ml 659 Page 592
Last Assignment to: PA Housing Finance Agency            Book 5023 Page 0224

IN WITNESS WHEREOF, the said Pennsylvania Housing Finance Agency, has caused this **Assignment of Mortgage** to be executed by its duly authorized officer. (Series: 044) SMITHE

**DATED: May 05, 2016**        By:        PEJNNSYLVANIA HOUSING FINANCE AGENCY

**Thomas F. Brzana, Jr.**

**Director of Loan Servicing Division**

COMMONWEALTH OF PENNSYLVANIA            :

COUNTY OF DAUPHIN                        :

On this, the day oH 201₆ before me, the undersigned officer, personally appeared Thomas
F. Brzana, Jr., Director of Loan Servicing Division., an authorized officer of the Pennsylvania Housing Finance Agency, and acknowledged that he, being authorized to do so, executed the foregoing instrument for the purposes therein contained.

In witness whereof, I have hereunto set my hand and official seal

Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Kimberley A Ayala, Notary Public
City of Hinisburg, Dauphin County
My Commistion Expires Jan. 15, 2019
```

## CERTIFICATE OF RESIDENCE OF ASSIGNEE

1 certify that the principal business and mailing address for this assignment and assignee IF¹¹** ʜᴍᴜᴍʟᴠᴀɪᴡᴀ Association 6ꜰ Nᴏᴛᴀᴀɪᴇ

U.S. Bank National Association, c/o PHFA-Loan Servicing Division
211 North Front Street, P.O. Box 15057, Harrisburg, Pennsylvania 17105-5057

Authorized Officer

JUN-22-95 THU 15:05 C-21 FRANK DEISHER. INC. P.01

*Firsts trican Title Insurance \par*

•' M '1659 593.

Commitment No ██████

## SCHEDULE "C"

ALL THAT CERTAIN lot or piece Of ground with the building* and improvements thereon erected,

SITUATE on the Southeast side of Reedlaud Street at the distance of Two hundred forty feet Southwest from the Southwest side Of Sixty-third Street, In the Fortieth Ward of the City of Philadelphia.

CONTAINING in front or breadth on the said Reedland Street Fifteen feet and extending of that width In length or depth Southeastward between parallel lines at right angles to said Reedland Street Slxiy-five feet to a certain Three feet Four Inches wide alley extending from Sixty-third Street to Sixty-fourth Street.

BEING 6332 Reedland Street

BEING'^E SAME PREMISES WHICH JAMES JOSEPH MCKINNEY JR.,
ELIZABETH A MCKINNEY.BY DEED BEARING DATE THE 26TH DAY OF JUNE
1995 AND RECORDED IN THE OFFICE OF THE RECORDER OF DEEDS IN AND
FOR PHILADELPHIA COUNTY, COMMONWEALTH OF PENNSYLVANIA DID GRANT AND CONVEY
UNTO ARCY CRUTE IN FEE.

TOGETHER with the frw and Coiiunoa use, right, liberty and privilege of tba aforesaid allay *• tad for a passageway and watemourse at all times hereafter forever.

ST. CObE/HOUSE   NO. ████████

CITY REGISTRY ████████

PKWMfiT