# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Arcy E. Crute** | **BK NO. 23-11870 AMC** |
| **Debtor(s)** | **Chapter 13** |
| **U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)** | **Related to Claim No. 9** |
| **Movant** | |
| **vs.** | |
| **Arcy E. Crute** | |
| **Debtor(s)** | |
| **Scott F. Waterman** | |
| **Trustee** | |

## CERTIFICATE OF SERVICE

I, Maggie Soboleski, certify that on 5/29/2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion for Relief
- Notice of Motion
- Proposed Order
- Exhibits A-C

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 5/29/2026

**/s/ Maggie Soboleski**
**Maggie Soboleski,** Esquire
Attorney I.D. 88268
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

Mailing List Exhibit: (Check all that apply.  If via e-mail, include e-mail address.  Continue to the next page if necessary.)

| Name and Address of Party Served | Relationship of Party | Via |
| --- | --- | --- |
| Arcy E. Crute<br>6332 Reedland Street<br>Philadelphia, PA 19142 | Debtor | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Michael A. Cibik Esq.<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102 | Attorney for Debtor | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Scott F. Waterman (VIA ECF)<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |