# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Arcy E. Crute,

         Debtor.

Case No. 23-11870-AMC

Chapter 13

## Motion to Modify Plan After Confirmation

Debtor Arcy E. Crute, through his attorney, moves this Court as follows:

1.  The Debtor filed a bankruptcy petition on June 26, 2023. The plan was confirmed on October 24, 2024.

2.  The Debtor's mortgage company recently filed a Motion For Relief From The Automatic Stay (the "Motion") at ECF No. 107.

3. The Debtor wants to amend his plan in line with the stipulation resolving the Motion that was recently filed and then subsequently approved by the Court at ECF Nos. 113 and 115.

4. The proposed plan cures the arrearage that gave rise to the Motion by increasing the Debtor's monthly payments moving forward.

5. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 119 as the new confirmed plan.

6. The Debtor has filed a supplement to Schedule J as evidence of the Debtor's ability to fund the new plan.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: June 25, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com