# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Arcy E. Crute,

        Debtor.

Case No. 23-11870-AMC

Chapter 13

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on June 25, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Modified Chapter 13 Plan, ECF No. 119

- Motion to Modify Plan After Confirmation and Proposed Order, ECF No. 120

- Notice of Motion to Modify Plan After Confirmation, ECF No. 121

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: June 25, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Scott F. Waterman**
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
Method of Service: CM/ECF

**AmeriCredit Financial Services, Inc.**
dba GM Finance
P.O. Box 183853
Arlington, TX 76096
Method of Service: CM/ECF

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346
Method of Service: First Class Mail

**Westlake Services, LLC**
c/o Resurgent Capital Services
PO Box 3427
Greenville, SC 29602
Method of Service: First Class Mail

**PHFA**
211 North Front Street
Harrisburg, PA 17101
Method of Service: CM/ECF

**Water Revenue Bureau**
c/o City of Philadelphia Law Department
1401 John F. Kennedy Blvd., 5th Floor
Tax & RevenueMSB Unit Bankruptcy Group,
Philadelphia, PA 19102-1595
Method of Service: First Class Mail