**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

| | |
|---|---|
| Arcy E. Crute, | Case No. 23-11870-AMC |
| | Chapter 13 |
| *Debtor.* | SSN: XXX-XX-1216 |

## Motion to Pay Trustee

Debtor Arcy E. Crute, through his attorney, moves this Court to enter a wage order in the form of order attached.

Date: June 25, 2026

CIBIK LAW, P.C.
*Attorney for Debtor*

By:/s/ Michael A. Cibik
    Michael A. Cibik (#23110)
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060
    help@cibiklaw.com

## Certificate of Service

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: June 25, 2026

/s/ Michael A. Cibik
Michael A. Cibik