United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                       Case No. 23-11870-amc

Arcy E. Crute                                                                      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 23, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Arcy E. Crute, 6332 Reedland St, Philadelphia, PA 19142-2912 |
| + | University of Pennsylvania, Office of the comptroller, 3451 Walnut Street, Suite 310, Phila, PA 19104-6205 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY  PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Arcy E. Crute help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Jul 23, 2026                       Form ID: pdf900                          Total Noticed: 2

SCOTT F. WATERMAN [Chapter 13]
                        ECFMail@ReadingCh13.com

United States Trustee

                        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia Division**

|  |  |
|---|---|
| Arcy E. Crute,<br><br><div align="right">*Debtor.*</div> | Case No. 23-11870-AMC<br>Chapter 13<br>SSN: XXX-XX-1216 |

**ORDER DIRECTING EMPLOYER**
**TO MAKE WAGE DEDUCTION**

Upon motion of Arcy E. Crute, it is hereby **ORDERED** that:

1. Debtor's employer, the University of Pennsylvania ("the employer") shall pay **$279.42** directly from **each of his regular weekly paychecks**, to the Chapter 13 Trustee at the following address:

   Scott F. Waterman, Chapter 13 Trustee
   P.O. Box 680
   Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

Date:   July 23, 2026

_____
Honorable Ashely M. Chan
Chief Judge, U.S. Bankruptcy Court

CC:
Attn: University of Pennsylvania,
Office of the Comptroller
3451 Walnut Street, Suite 310
Philadelphia, PA 19104