# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Arcy E. Crute,

        Debtor.

Case No. 23-11870-AMC

Chapter 13

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 120, the "Motion");

It is hereby **ORDERED** that

1)  The Motion is **GRANTED**; and

2)  The Modified Plan (doc. # 127) is **APPROVED**.

**Date:**   Aug. 6, 2026

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge