Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Arcy E. Crute
6332 Reedland St
Philadelphia, PA 19142-2912

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-11870-AMC**

Petition Filed Date: 06/26/2023
341 Hearing Date: 08/18/2023
Confirmation Date: 10/23/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2025 | $438.48 | 3696142 | 09/09/2025 | $548.10 | 3696198 | 10/21/2025 | $438.48 | 3696260 |
| 11/18/2025 | $548.10 | 3696397 | 12/16/2025 | $438.48 | 3696466 | 01/21/2026 | $438.48 | 3696524 |
| 02/24/2026 | $548.10 | 3696586 | 03/10/2026 | $438.48 | 3696625 | 04/21/2026 | $438.48 | 3696818 |
| 05/12/2026 | $438.48 | 3696945 | 06/16/2026 | $1,075.82 | 3697021 | 07/21/2026 | $966.20 | 3697103 |

**Total Receipts for the Period: $6,755.68 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $19,703.46**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $3,125.00 | $3,125.00 | $0.00 |
| 1 | AMERICREDIT FINANCIAL SERVICES<br>»» 001 | Unsecured Creditors | $1,802.43 | $0.00 | $1,802.43 |
| 2 | AMERICREDIT FINANCIAL SERVICES<br>»» 002 | Unsecured Creditors | $7,545.35 | $0.00 | $7,545.35 |
| 3 | MERRICK BANK<br>»» 003 | Unsecured Creditors | $2,340.66 | $0.00 | $2,340.66 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $329.66 | $0.00 | $329.66 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 005 | Priority Crediors | $492.24 | $492.24 | $0.00 |
| 6 | QUANTUM3 GROUP LLC<br>»» 006 | Unsecured Creditors | $232.96 | $0.00 | $232.96 |
| 7 | WESTLAKE SERVICES LLC<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | PHILADELPHIA GAS WORKS<br>»» 008 | Unsecured Creditors | $9,160.73 | $0.00 | $9,160.73 |
| 9 | PA HOUSING FINANCE AGENCY<br>»» 09A | Mortgage Arrears | $28,455.60 | $13,068.73 | $15,386.87 |
| 10 | CAPITAL ONE BANK (USA) NA<br>»» 010 | Unsecured Creditors | $1,024.93 | $0.00 | $1,024.93 |
| 11 | CAPITAL ONE BANK (USA) NA<br>»» 011 | Unsecured Creditors | $1,488.81 | $0.00 | $1,488.81 |
| 12 | CAPITAL ONE BANK (USA) NA<br>»» 012 | Unsecured Creditors | $2,003.86 | $0.00 | $2,003.86 |

**Chapter 13 Case No. 23-11870-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | QUANTUM3 GROUP LLC<br>»» 013 | Unsecured Creditors | $1,030.66 | $0.00 | $1,030.66 |
| 14 | QUANTUM3 GROUP LLC<br>»» 014 | Unsecured Creditors | $999.76 | $0.00 | $999.76 |
| 15 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $1,960.12 | $0.00 | $1,960.12 |
| 16 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $899.60 | $0.00 | $899.60 |
| 17 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 017 | Unsecured Creditors | $535.12 | $0.00 | $535.12 |
| 18 | ASHLEY FUNDING SVCS LLC<br>»» 018 | Unsecured Creditors | $18.00 | $0.00 | $18.00 |
| 19 | ASHLEY FUNDING SVCS LLC<br>»» 019 | Unsecured Creditors | $7.00 | $0.00 | $7.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $588.68 | $0.00 | $588.68 |
| 21 | CITY OF PHILADELPHIA (LD)<br>»» 021 | Secured Creditors | $1,499.94 | $688.89 | $811.05 |
| 22 | FAIRLESS MOTORS | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | FAIRLESS MOTORS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | CAPITAL BANK NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | CONTINENTAL FINANCE COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | FIRST PREMIER BANK | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | FORTIVA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | MISSION LANE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | SUNRISE CREDIT SERVICES INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | PA HOUSING FINANCE AGENCY<br>»» 09B | Secured Creditors | $4,177.60 | $688.73 | $3,488.87 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,703.46 | Current Monthly Payment: | $1,227.00 |
| Paid to Claims: | $18,063.59 | Arrearages: | ($64.54) |
| Paid to Trustee: | $1,639.87 | Total Plan Base: | $46,632.92 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.